# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LEONARD G. KALETA & MICHELLE L. KALETA    Case Number: 08-70313
405 WEST PRAIRIE STREET    SSN-xxx-xx-1531 & xxx-xx-0755
KIRKLAND, IL  60146

Case filed on: 2/5/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | LEONARD G. KALETA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 14,149.31 | 14,000.00 | 0.00 | 0.00 |
| 002 | VILLAGE OF KIRKLAND | 1,261.00 | 1,261.00 | 0.00 | 0.00 |
|  | Total Secured | 15,410.31 | 15,261.00 | 0.00 | 0.00 |
| 003 | BAYVIEW FINANCIAL LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,695.36 | 1,695.36 | 0.00 | 0.00 |
| 005 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,569.42 | 1,569.42 | 0.00 | 0.00 |
| 007 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT TECHNOLOGIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | EQUIFAX INFORMATION SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PREMIER BANKCARD/CHARTER | 406.84 | 406.84 | 0.00 | 0.00 |
| 016 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HSBC / TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | I C SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JOHN P CHRISTENSEN ATTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | KROLL FACTUAL DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LANDSAFE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 1,471.14 | 1,471.14 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PELLETTIERI & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PREMIER CREDIT UNION | 81.26 | 81.26 | 0.00 | 0.00 |
| 029 | SECURITY FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | TRANSUNION CONSUMER RELATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | VERIZON SOUTH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WASH MUTUAL / PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WFS / WACHOVIA DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | COMED CO | 1,755.34 | 1,755.34 | 0.00 | 0.00 |
|  | Total Unsecured | 6,979.36 | 6,979.36 | 0.00 | 0.00 |
|  | Grand Total: | 22,389.67 | 22,240.36 | 0.00 | 0.00 |

Total Paid Claimant:    $0.00
Trustee Allowance:    $0.00    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008			By  /s/Heather M. Fagan